UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITES STATES OF AMERICA,

    Plaintiff,

v.                                  Cr. No. 04-20335-B

JEREMY DOWDY,

    Defendant.

### ORDER GRANTING DEFENDANT'S MOTION TO CONTINUE SUPPRESSION HEARING

For good cause shown, the Court hereby **GRANTS** defendant's motion to continue the suppression hearing, currently set for Thursday, June 2, 2005 until _Wednesday, June 22, 2005 @ 2:00 pm_.

It is so **ORDERED**, this the __22__ day of May, 2005.

_____
HONORABLE J. DANIEL BREEN
UNITED STATES DISTRICT COURT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 5-25-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 45 in case 2:04-CR-20335 was distributed by fax, mail, or direct printing on May 25, 2005 to the parties listed.

---

Katrina U. Earley
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Needum Louis Germany
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT