UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

UNITES STATES OF AMERICA,

    Plaintiff,

v.                                                                Cr. No. 04-20335-B

JEREMY DOWDY,

    Defendant.

---

### ORDER GRANTING DEFENDANT'S MOTION
### TO CONTINUE SUPPRESSION HEARING

---

For good cause shown, and without objection by the government, the Court hereby **GRANTS** defendant's motion to continue the suppression hearing, currently set for Wednesday, June 22, 2005 at 2:00 p.m. until _Thursday, June 30, 2005 @ 9:00 a.m._.

It is so **ORDERED**, this the 20th day of June, 2005.

                                        HONORABLE J. DANIEL BREEN
                                        UNITED STATES DISTRICT COURT JUDGE

This document entered on the docket sheet In compliance with Rule 55 and/or 32(b) FRCrP on 6-22-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 47 in case 2:04-CR-20335 was distributed by fax, mail, or direct printing on June 22, 2005 to the parties listed.

---

Needum Louis Germany
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Katrina U. Earley
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT