FILED BY _____ D.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

05 SEP -7 AM 10: 59

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA

    Plaintiff

VS.

                                CR. NO. 04-20335-B

JEREMY DOWDY,

    Defendant.

---

ORDER ON CONTINUANCE AND SPECIFYING PERIOD OF EXCLUDABLE DELAY
AND <u>SETTING</u>

---

    This cause came on for a report date on August 29, 2005. At that time, counsel for the defendant requested a continuance of the September 6, 2005 trial date in order to allow for additional preparation in the case.

    The Court granted the request and reset the trial date to October 3, 2005 with a **report date of Monday, September 26, 2005, at 9:30 a.m.**, in <u>Courtroom 1, 11th Floor</u> of the Federal Building, Memphis, TN.

    The period from September 16, 2005 through October 14, 2005 is excludable under 18 U.S.C. § 3161(h)(8)(B)(iv) because the ends of justice served in allowing for additional time to prepare outweigh the need for a speedy trial.

    IT IS SO ORDERED this ____ day of September, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE


This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 9-8-05


53



# Notice of Distribution

This notice confirms a copy of the document docketed as number 53 in case 2:04-CR-20335 was distributed by fax, mail, or direct printing on September 8, 2005 to the parties listed.

---

Katrina U. Earley
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Needum Louis Germany
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT