IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | Criminal No. 04-20335-B |
| vs. | ) ) | |
| JEREMY DOWDY, | ) ) | 18 U.S.C. § 922(g) |
| Defendant. | ) ) | |

### ORDER DISMISSING INDICTMENT

Upon Motion of the United States of America, pursuant to Fed. R. Crim. P. 48, to dismiss indictment 04-20335 returned against JEREMY DOWDY on August 17, 2004, it is hereby ORDERED, ADJUDGED AND DECREED THIS ___ day of November 2005 that the indictment herein is dismissed.

_____
UNITED STATES DISTRICT JUDGE

DATE: 11/7/05

APPROVED: _____
Katrina U. Earley
Assistant United States Attorney
167 N. Main Street, Suite 800
Memphis, TN 38103
(#019367 Tennessee)

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 11-7-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 58 in case 2:04-CR-20335 was distributed by fax, mail, or direct printing on November 7, 2005 to the parties listed.

---

Needum Louis Germany
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Katrina U. Earley
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT